UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER PHILLIP WILLIAMS,

   Plaintiff,

v.                                                      CASE NO. 3:21cv684-MCR-HTC

R. LAMBETH and C. JONES,

   Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 21, 2021, ECF No. 6, which recommends this case be dismissed without prejudice as malicious for Plaintiff's failure to disclose his previous litigation history and failure to state a claim. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's failure to disclose his previous litigation history and failure to state a claim.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of July 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**